# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
### CHARLOTTESVILLE DIVISION

| | |
|---|---|
| ALEXANDER STONE KRISTENSEN,<br>*Plaintiff,*<br><br>v.<br><br>WILLIAM DAVID SPOTNITZ,<br>ET. AL.<br>*Defendant.* | CASE NO. 3:09-cv-00085<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

This matter is before the Court on the Defendants' Motion to Dismiss under Federal Rule of Civil Procedure Rule 12(b)(6), for failure to state a claim for which relief can be granted (docket no. 2).

For the reasons stated in the accompanying Memorandum Opinion, Defendants' Motion to Dismiss will be and hereby is DENIED.

The Clerk of the Court is hereby directed to send a certified copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

Entered this  4th  day of June, 2010.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE